```
             UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

       v.                         Criminal No. 06-cr-105-01-JD

<u>Vincent Chaney</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 8) filed by defendant is granted.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          <u>/s/ Joseph A. DiClerico, Jr.</u>
                                          Joseph A. DiClerico, Jr.
                                          United States District Judge

Date:  July 21, 2007


cc:   Jessica Brown, Esq.
      William Morse, Esq.
      U.S. Marshal
      U.S. Probation