UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                    Criminal No. 06-cr-105-01-JD

Vincent Chaney


O R D E R


    The assented to motion to reschedule jury trial (document no.
17) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the
reasons set forth in the motion.

    SO ORDERED.



                                        /s/Joseph A. DiClerico,Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  December 7, 2007



cc:  Jessica C. Brown, Esq.
     William E. Morse, Esq.
     U.S. Marshal
     U.S. Probation