UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 06-cr-105-01-JD

<u>Vincent Chaney</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 27) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             <u>/s/ Joseph A. DiClerico, Jr.</u>
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date:  January 10, 2008

cc:  Paul Garrity, Esq.
     William Morse, Esq.
     U.S. Marshal
     U.S. Probation