UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                         Criminal No. 06-cr-105-1-JD

Vincent Chaney

**O R D E R**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.

Defendant violated his curfew and participated in a shoplifting scam by his girlfriend and her sister. The latter worked at Macy's and pretended to scan in 13 of the 15 items (including men's stuff) taken. The third party custodian, the girlfriend's mother, wholly failed in her responsibilities.

Given the failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions. The conditions of release are revoked.

Accordingly, it is **ORDERED** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    **SO ORDERED.**

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: January 16, 2008

cc:   Paul J. Garrity, Esq.
       William E. Morse, Esq.
       U.S. Marshal
       U.S. Probation