UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

   v.         Criminal No. 06-cr-105-01-JD

Vincent Chaney


O R D E R

  The assented to motion to reschedule jury trial (document no. 40) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                /s/Joseph A. DiClerico, Jr.
                Joseph A. DiClerico, Jr.
                United States District Judge

Date: April 4, 2008


cc: Robert Daniels, Esq.
   William Morse, Esq.
   U.S. Marshal
   U.S. Probation