UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       Criminal No. 06-cr-105-01-JD

<u>Vincent Chaney</u>


<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 47) filed by defendant is granted.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                 /s/ Joseph A. DiClerico, Jr.
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

Date:  June 6, 2008


cc:   Robert Daniels, Esq.
       William Morse, Esq.
       U.S. Marshal
       U.S. Probation