```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                        Case No. 06-cr-105-PB

**Vincent Chaney**


**O R D E R**

The government has moved to continue the November 4, 2008 trial on Count 3 of the Superseding Indictment, citing the need for additional time to resolve the interlocutory appeal currently pending with the First Circuit Court of Appeals.  The defendant does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 4, 2008 to February 3, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 20, 2009 at 2:30 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 25, 2008

cc: Robert Daniels, Esq.
    William Morse, AUSA
    United States Probation
    United States Marshal