```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 06-cr-105-PB

**Vincent Chaney**


**O R D E R**

The government has moved to continue the trial scheduled for February 3, 2009, citing the need for additional time to resolve an interlocutory appeal currently pending in the First Circuit Court of Appeals and scheduled for argument on March 2, 2009. The defendant does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 3, 2009 to May 5, 2009.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on April 23, 2009 at 3:30 p.m.

SO ORDERED.

                                                   /s/Paul Barbadoro
                                                 Paul Barbadoro
                                                 United States District Judge

January 22, 2009

cc:  William Morse, Esq.
     Patrick Richard, Esq.
     United States Probation
     United States Marshal