UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                                                  Case No. 06-cr-105-PB

**Vincent Chaney**

### O R D E R

    The defendant, through counsel, has moved to continue the trial scheduled for February 2, 2010, citing the need for additional time to complete the plea negotiation process or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from February 2, 2010 to March 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      The January 20, 2010 final pretrial conference is continued to February 18, 2010 at 4:30 p.m.

      No further continuances.

      SO ORDERED.

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

January 19, 2010

cc:  Patrick J. Richard, Esq.
     William Morse, Esq.
     United States Marshal
     United States Probation