```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                      Case No. 06-cr-105-PB

**Vincent Chaney**

### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for March 2, 2010, citing the need for additional time to finalize plea negotiations and schedule a plea hearing. The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from March 2, 2010 to April 6, 2010. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The February 18, 2010 final pretrial conference is cancelled.  No further continuances will be granted in this case.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

February 16, 2010

cc: Patrick J. Richard, Esq.
    William Morse, Esq.
    United States Marshal
    United States Probation